UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN ARENDAS,<br><br>       Plaintiff,<br><br>   v.<br><br>DUSTIN VEGA,<br><br>       Defendant. | No. 2:19-cv-01332-TLN-EFB<br><br>ORDER |

Plaintiff Peter John Arendas ("Plaintiff"), a county inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 20, 2019, the Court adopted the findings and recommendations of the magistrate judge and denied Plaintiff's application for leave to proceed in forma pauperis because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). (ECF No. 14.) The Court granted Plaintiff fourteen days within which to pay the $400 filing fee for this action. (*Id.*) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. (*Id.*) Plaintiff has not paid the fee or otherwise responded to the order.

///

///

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

Dated: February 11, 2020

                     Troy L. Nunley
                     United States District Judge